## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jonah West, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

Border Foods, Inc., d/ba Pizza Hut, Inc., and Sky Ventures, LLC,

Defendants.

Civil No. 05-2525 (DWF/RLE)

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

---

Donald H. Nichols, Esq., Jill M. Novak, Esq., Michele R. Risher, Esq., Paul J. Lukas, Esq., Rachhana T. Srey, Esq., and Sarah M. Fleegel, Esq., Nichols Kaster & Anderson, counsel for Plaintiffs.

David P. Pearson, Esq., Laura A. Pfeiffer, Esq., and William A. McNab, Esq., counsel for Defendants.

---

Based upon the Findings and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED:**

1. That the Plaintiffs' Motion for Conditional Certification, Judicial Notice, and to Compel (Doc. No. 29) is **DENIED**.

2. That the Defendants' informal Motion to Stay Consideration of the Plaintiffs' Motion for Conditional Certification, Judicial Notice, and to Compel (Doc. No. 34) is **DENIED**, as moot.

3. That the Defendants' Motion to Strike Interrogatory Answers (Doc. No. 57) is **DENIED**, as moot.

Dated: July 10, 2006          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              Judge of United States District Court